**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA,

    v.

ERIC LONG

CRIMINAL ACTION
NO. 22-17

## <u>ORDER</u>

**AND NOW**, this 1st day of April 2026, upon consideration of Eric Long's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, (Dkt. No. 76) and the Government's Response, (Dkt. No. 82), it is **ORDERED** that:

1. Long's § 2255 petition is **DENIED**.

2. A certificate of appealability **SHALL NOT** issue.

3. The Clerk of Court is directed to **CLOSE** this case.

                        BY THE COURT:

                        ***/s/ Gerald J. Pappert***
                        Gerald J. Pappert, J.